PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for

Eastern District of Washington

APR 2 1 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy Stewart                                   Case Number: 2:96CR02068-001

Name of Sentencing Judicial Officer: The Honorable Alan A. McDonald, Senior U.S. District Judge

Date of Original Sentence: September 26, 1997

Original Offense: Possession of a Stolen Firearm

Original Sentence: Prison - 120 Months; TSR - 24 Months

Type of Supervision: Supervised Release          Date Supervision Commenced: January 28, 2005

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

The defendant shall participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or breathalyzer testing, as approved by the Probation Office and shall pay any associated costs as directed by the Probation Office.

✎Prob 12B
(7/93)

# CAUSE

The petition for modification in the conditions of supervised release is made at the request of this officer and as agreed to by Mr. Stewart, as noted in the attached waiver signed by the defendant.  The basis for the request is Mr. Stewart submitted two urine samples which tested positive for marijuana and cocaine.  He appears to have substance abuse issues and is in need of treatment.  The defendants supervising probation officer in the Western District of Missouri believes placement in such a program would be an appropriate sanction and would allow for closer monitoring of the defendants substance abuse issues.

Respectfully submitted,

by _Joe Vargas_

U.S. Probation Officer
Date:   April 20, 2005

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_Alan A. McDonald_
Signature of Judicial Officer
ALAN A. McDONALD
4/21/05
Date